*Law Offices of*
YOUNG & NICHOLS

_____
**A Partnership Composed of Professional Corporation**
1901 Truxtun Avenue
P.O. Box 2347 · Bakersfield, CA 93303
Telephone: 661-861-7911 · Facsimile: 661-861-7932

**STEVE W. NICHOLS, ESQ., SBN 91561**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

|  |  |
|---|---|
| JAIME BELTRAN, | CASE NO.:     1:14-cv-01127 --- JLT |
|           Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE** |
| vs. |  |
| HOME DEPOT, U.S.A., INC., | **(Doc. 11)** |
|           Defendants. |  |

    **IT IS HEREBY ORDERED** that the MANDATORY SCHEDULING CONFERENCE, scheduled on

November 7, 2014, be continued to **November 21, 2014** at 8:30 a.m., at the United States District Court, Eastern

Division, 510 – 19th Street, Bakersfield, California

IT IS SO ORDERED.

   Dated:   __**October 16, 2014**__          _____**/s/ Jennifer L. Thurston**_____
                                              UNITED STATES MAGISTRATE JUDGE

1