Law Offices of
Young & Nichols
A Partnership Composed of Professional Corporations
1901 Truxtun Avenue
P.O. Box 2347 · Bakersfield, CA 93303
Telephone: 661-861-7911 · Facsimile: 661-861-7932

**STEVE W. NICHOLS, ESQ., SBN 91561**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| JAIME BELTRAN,<br><br>            Plaintiff,<br>vs.<br><br>HOME DEPOT, U.S.A., INC.,<br><br>            Defendants. | CASE NO.:    1:14-CV-01127 --- JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>**(Doc. 13)** |

**IT IS HEREBY ORDERED** that the MANDATORY SCHEDULING CONFERENCE, scheduled on November 21, 2014, be continued to December 5, 2014 at 8:45 a.m., at the United States District Court, Eastern Division, 510 – 19th Street, Bakersfield, California.

**No further continuances of the scheduling conference will be entertained.**

IT IS SO ORDERED.

Dated:   **November 7, 2014**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1